AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| ANDREW KRIVAK, JR. *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 23cv6960(KMK) |
| PUTNAM COUNTY; Putnam County Sheriffs Department Sheriff ROBERT THOUBBORON, in his individual capacity; Putnam County Sheriff's Department Officers HAROLD TURNER, DANIEL STEPHENS, PATRICK CASTALDO, WILLIAM *Defendant(s)* | ) ) ) ) ) ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Denise Rose
1765 Kingston Street
Titusville FL  32780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CUOMO LLC  200 Old Country Road, Suite 2 South, Mineola NY 11501
NEWIRTH LAW PLLC 43 West 43rd Street, Suite 160, New York NY 10036
JEFFREY DESKOVIC 3148 East Tremont Avenue Bronx NY  10465

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/09/2023                                                          /s/ P. Canales
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Cuomo LLC
Suitable Age Service

**UNITED STATES DISTRICT COURT
STATE OF NEW YORK, SOUTHERN DISTRICT OF
NEW YORK**

**AFFIDAVIT OF SERVICE**

Index No : **7:23-cv-06960-KMK**

| Plaintiff(s): | **ANDREW KRIVAK, JR.** |
|---|---|
| Defendant(s): | **PUTNAM COUNTY, ET AL.** |

STATE OF FLORIDA COUNTY OF ORANGE      ss.:

**Jessica Braithwaite**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Florida.

On **08/18/2023** at **8:25 PM**, I served the within **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND, AND MEMORANDUM TO ALL LITIGANTS** on **DENISE ROSE** at **1765 KINGSTON STREET, TITUSVILLE, FL 32780** in the manner indicated below:

By delivering thereat a true copy of each to **PATRICIA ROSE, MOTHER** a person of suitable age and discretion. Said premises is recipient's dwelling house (usual place of abode) within the state.

A description of the person the documents were left with is as follows:

| Sex | Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Gray | 80 | 5ft 4in - 5ft 8in | 161-180 lbs. |
| Other Features: | | | | | |

Upon information and belief, Defendant(s) is not active in the U.S. Military Service in any capacity. No specific active military information was provided by the person spoken to when questioned during service and I observed no indication during completion of this service that Defendant(s) is active military.

On **08/21/2023** service was completed by mailing a true copy of the above documents to the above address which is **Defendant(s)'s** dwelling house (usual place of abode), in a first-class, postpaid properly addressed envelope marked 'personal and confidential' and did not indicate on the outside thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Defendant(s) from a depository under the exclusive care and custody of the United States Post Office in the State of New York, or, if not served in New York State, within the State in which the service occurred.

Sworn to and subscribed before me on
_____August_____ 24, 2023

x _____
Notary Public,

x *Jessica Braithwaite*
Jessica Braithwaite
License#: 652
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1905195**

Notary Public State of Florida
Burton R. Ingalls
My Commission
HH 209303
Exp.12/19/2025




*1905195*