UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDREW KRIVAK, JR.,

                Plaintiff,

  -against-                                            NOTICE OF APPEARANCE

PUTNAM COUNTY; Putnam County Sheriff's Department      23-CV-06960 (KMK)
Sheriff ROBERT THOUBBORON, in his individual capacity;
Putnam County Sheriff's Department Officers HAROLD
TURNER, DANIEL STEPHENS, PATRICK CASTALDO,
WILLIAM QUICK, JOHN DANIEL REES, WILLIAM
ASHER in their individual capacities; Putnam County District
Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in
their individual capacities; Putnam County Assistant District
Attorneys LARRY GLASSER; CHANA KRAUSS; and
CHRISTOPHER YORK, in their individual capacities; District
Attorney Investigator RALPH CILENTO in his individual
capacity; and DENISE ROSE,

                Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that PORTALE RANDAZZO LLP does hereby enter their appearance on behalf of Defendant Putnam County. Any and all correspondence, documents, notices and filings should be forwarded to PORTALE RANDAZZO LLP located at 245 Main Street, Suite 605, White Plains, New York 10601.

Dated: White Plains, New York
          September 1, 2023

                                                      Respectfully submitted,

                                                        PORTALE RANDAZZO LLP

                                                         By: /s/ James A. Randazzo
                                                         James A. Randazzo
                                                         *Attorneys for Putnam County*
                                                         245 Main Street, Suite 605
                                                         White Plains, New York 10601
                                                         (914) 359-2400

TO:    Counsel of Record (Via ECF)