# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

September 1, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

        Re:    Krivak v. Putnam County, et al.
                Docket No.:  23-cv-06960 (KMK)

Dear Judge Karas:

      This firm has been retained to represent Putnam County in the above-referenced matter. With the consent of Plaintiff's attorney Oscar Michelen, I am requesting that the time for Putnam County and for individual defendants Thoubboron, Turner, Stephens, Castaldo, Quick, Rees, Asher, Tendy, Wright, Glasser, Krauss, York and Cilento, be extended to October 6, 2023. I need the additional time to review the allegations, determine whether there is a conflict in representing the individual defendants, and if so, allowing the individuals time to retain separate counsel.

      Thank you for your courtesies.

                                            Respectfully,

                                            /s/ James A. Randazzo
                                            James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)