# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

October 5, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

        Re:    Krivak v. Putnam County, et al.
                 Docket No.:  23-cv-06960 (KMK)

Dear Judge Karas:

      This firm has been retained to represent Putnam County in the above-referenced matter. With the consent of Plaintiff's attorney Oscar Michelen, I am requesting that the time for Putnam County and for individual defendants Thoubboron, Turner, Stephens, Castaldo, Quick, Rees, Asher, Tendy, Wright, Glasser, Krauss, York and Cilento, to answer be extended from October 6 to October 27, 2023. The County and its insurance carrier are still reviewing the allegation to determine whether one, or more, of the individual defendants need to be assigned separate counsel. This is Defendants' second request for an extension of time to answer. The first request was granted.

      Thank you for your courtesies.

                                            Respectfully,

                                            /s/ James A. Randazzo
                                            James A. Randazzo

JAR/cp
cc:     Counsel of Record (Via ECF)