**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

April 11, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *Krivak v. Putnam County, et al.,*
      <u>Docket No.: 23-cv-6960 (KMK)</u>

Dear Judge Karas:

  This firm has been recently retained to represent Defendant Putnam County in the above-referenced matter. We write to request two weeks' time to conduct the necessary representational analysis and evaluate the potential conflict of interest issues described by Plaintiff's counsel in their March 15 and March 31, 2024 correspondence to the Court (ECF 84, 88).

  Accordingly, we respectfully request until April 26, 2024 to perform this analysis and to provide a response. We thank Your Honor for your consideration of this matter.

             Respectfully yours,

            **SILVERMAN & ASSOCIATES**

          By:  */s/ Deanna L. Collins*
           Deanna L. Collins
         445 Hamilton Avenue, Suite 1102
          White Plains, NY 10601
           (914) 574-4510
        DCollins@silvermanandassociatesny.com

cc: All counsel of record (by ECF)

  Denis Rose, *pro se*
  1765 Kingson Street
  Titusville, FL 32780