**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

April 26, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Krivak v. Putnam County, et al.,*
               Docket No.: 23-cv-6960 (KMK)

Dear Judge Karas:

      This firm represents Defendant Putnam County (the "County") in the above-referenced matter. We write to inform the Court that we have completed our representational and conflict analysis with respect to this firm's potential representation of Defendants Putnam County Assistant District Attorneys Robert V. Tendy and Kevin Wright, Putnam County Assistant District Attorneys Larry Glasser, Chana Krauss, and Christopher York, and Putnam County District Attorney Investigator Ralph Cilento (collectively, the "PCDA Defendants"). It is this firm's determination that a potential conflict exists with respect to concurrent representation of both the County and the PCDA Defendants.

      We understand that the PCDA Defendants will be substituted for new counsel who is not currently representing another party and that such counsel should enter a notice of appearance in short order.

                          Respectfully yours,

                          **SILVERMAN & ASSOCIATES**

                      By: */s/ Deanna L. Collins*
                          Deanna L. Collins
              445 Hamilton Avenue, Suite 1102
                   White Plains, NY 10601
                      (914) 574-4510
            DCollins@silvermanandassociatesny.com

cc:    All counsel of record (by ECF)

       Denis Rose, *pro se*
       1765 Kingson Street
       Titusville, FL 32780