**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

May 7, 2024

<u>VIA ECF</u>
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *Krivak v. Putnam County, et al.,*
      <u>Docket No.: 23-cv-6960 (KMK)</u>

Dear Judge Karas:

  This firm represents Defendant Putnam County (the "County") in the above-referenced matter. In accordance with the Court's May 2, 2024 directive, (ECF 97), we write in response to Plaintiff's April 29, 2024 letter requesting a pre-motion conference to discuss their anticipated motion to disqualify Portale Randazzo LLP from representing any defendants in this action, (ECF 95). Specifically, the County takes no position with respect to Plaintiff's letter and consents to the continued representation of Portale Randazzo LLP.

  We thank the Court for its attention to this matter.

          Respectfully yours,

         SILVERMAN & ASSOCIATES

        By: */s/ Deanna L. Collins*
         Deanna L. Collins
       445 Hamilton Avenue, Suite 1102
        White Plains, NY 10601
         (914) 574-4510
       DCollins@silvermanandassociatesny.com

cc: All counsel of record (by ECF)

   Denis Rose, *pro se*
   1765 Kingson Street
   Titusville, FL 32780