UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW KRIVAK, JR., <br><br> Plaintiff, <br><br> v. <br><br> PUTNAM COUNTY; Putnam County Sheriff's Department Sheriff ROBERT THOUBBORON, in his individual capacity; Putnam County Sheriff's Department Officers HAROLD TURNER, DANIEL STEPHENS, PATRICK CASTALDO, WILLIAM QUICK, JOHN DANIEL REES, WILLIAM ASHER in their individual capacities; Putnam County District Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in their individual capacities; Putnam County Assistant District Attorneys LARRY GLASSER; CHANA KRAUSS; and CHRISTOPHER YORK, in their individual capacities; District Attorney Investigator RALPH CILENTO in his individual capacity; and DENISE ROSE, <br><br> Defendants. | Index No. 23-cv-06960-KMK <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, Declaration of Karen A. Newirth and supporting exhibits, and upon all the prior pleadings and proceedings herein, Plaintiff, by and through his attorneys, hereby moves this Honorable Court, the United States District Court for the Southern District of New York, for an order disqualifying Silverman & Associates; Portale Randazzo; and Morris Duffy Alonso & Faley and granting such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated May 22, 2024, opposition papers, if any, shall be served by July 24, 2024.

DATED:     June 24, 2024
               New York, New York

*/s/ Karen A. Newirth*
Karen A. Newirth
NEWIRTH LAW PLLC
43 West 43rd Street, Suite 160

New York, New York 10036
(917) 426-5551

*Attorneys for Plaintiff*

To: Defense Counsel (by e-mail)
Denise Rose (by first class mail)