UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW KRIVAK, JR.,<br><br>                                             Plaintiff,<br><br>v.<br><br>PUTNAM COUNTY; Putnam County Sheriff's Department Sheriff ROBERT THOUBBORON, in his individual capacity; Putnam County Sheriff's Department Officers HAROLD TURNER, DANIEL STEPHENS, PATRICK CASTALDO, WILLIAM QUICK, JOHN DANIEL REES, WILLIAM ASHER in their individual capacities; Putnam County District Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in their individual capacities; Putnam County Assistant District Attorneys LARRY GLASSER; CHANA KRAUSS; and CHRISTOPHER YORK, in their individual capacities; District Attorney Investigator RALPH CILENTO in his individual capacity; and DENISE ROSE,<br>                                             Defendants. | Index No. 23-cv-06960-KMK<br><br>**DECLARATION OF<br>KAREN A. NEWIRTH<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION TO DISQUALIFY<br>DEFENSE COUNSEL** |

Karen A. Newirth declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

I am the principal of the law firm of Newirth Law PLLC, attorneys for Plaintiff Andrew Krivak. As such, I am fully familiar with the facts and circumstances of this case. I submit this declaration in support of Plaintiff's motion for disqualification.

Exhibits to Plaintiff's Motion

The following exhibits are annexed hereto:

1. Exhibit 1 is a copy of the Complaint in this action.
2. Exhibit 2 is a copy of the Complaint in *DiPippo v. County of Putnam et al.*, 17-cv-7948 (S.D.N.Y.)(NSR) ("*DiPippo*")
3. Exhibit 3 is the Stipulation of Settlement in *DiPippo*
4. Exhibit 4 is a copy of a search of cases in PACER for the Southern District of New York in which James Randazzo, Esq. is attorney of record.
5. Exhibit 5 is a copy of a search of active cases in PACER for the Southern District of New York in which James Randazzo, Esq. is attorney of record

6. Exhibit 6 is the Complaint *Alexandre Hossu v. County of Putnam et al.*, 16-cv-02027 (S.D.N.Y.)(CS)("*Hossu*")
7. Exhibit 7 is a copy of the docket in *Hossu*
8. Exhibit 8 is excerpts from the deposition of Patrick Castaldo taken in *DiPippo*
9. Exhibit 9 is excerpts from the deposition of William Quick taken in *DiPippo*
10. Exhibit 10 is excerpts from the deposition of Harold Turner in *DiPippo*
11. Exhibit 11 is the expert report of Dr. Robert Leonard, prepared in connection with the criminal action *People v. Andrew Krivak*, Ind. No. 39/96 (Putnam County) ("*People v. Krivak*")
12. Exhibit 12 is the "Post-Confession Interview Form" prepared during the interrogation of Andrew Krivak in *People v. Krivak*
13. Exhibit 13 is excerpts from the 2023 criminal trial in *People v. Krivak*
14. Exhibit 14 is excerpts from the deposition of John Rees taken in the *DiPippo*
15. Exhibit 15 is the Decision and Order of the Hon. Robert Prisco in *People v. Krivak* on the admissibility of experts

DATED:   June 24, 2024
         New York, New York

Karen A. Newirth
NEWIRTH LAW PLLC
43 West 43rd Street, Suite 160
New York, New York 10036
(917) 426-5551

*Attorneys for Plaintiff*

To:   Defense Counsel (by e-mail)
      Denise Rose (by first class mail)