UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ANDREW KRIVAK, JR.,                                            Case No.: 7:23-cv-06960 (KMK)

                                Plaintiff,

    -against-

PUTNAM COUNTY, Putnam County Sheriff's
Department Sheriff ROBERT THOUBBORON, in his                   **DECLARATION OF**
individual capacity; Putnam County Sheriff's Department        **KENNETH E. PITCOFF**
Officers HAROLD TURNER, DANIEL STEPHENS,                       **IN OPPOSITION**
PATRICK CASTALDO, WILLIAM QUICK, JOHN
DANIEL REES, WILLIAM ASHER, in their individual
capacities; Putnam County District Attorneys ROBERT V.
TENDY and KEVIN WRIGHT, in their individual capacities;
Putnam County Assistant District Attorneys LARRY
GLASSER; CHANA KRAUSS; and CHRISTOPHER
YORK, in their individual capacities; District Attorney
Investigator RALPH CILENTO in his individual capacity;
and DENISE ROSE,

                                Defendants.
----------------------------------------------------------------------------X

KENNETH E. PITCOFF declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and am a partner with Morris Duffy Alonso Faley & Pitcoff, counsel to defendants, Putnam County District Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in their individual capacities; Putnam County Assistant District Attorneys LARRY GLASSER; CHANA KRAUSS; and CHRISTOPHER YORK, in their individual capacities; and District Attorney Investigator RALPH CILENTO in his individual capacity, (hereinafter collectively referred to as the "PCDA Defendants") in this action.

2. I make this declaration in order to place before the Court certain materials in opposition to plaintiff's motion to disqualify.

3. Exhibit "A" is a copy of plaintiff's Complaint.

4. Exhibit "B" is an excerpt of specific pages from proceedings related to plaintiff's first criminal prosecution.

5. Exhibit "C" is a copy of the relevant pages from plaintiff's most recent criminal trial and the trial judge's statements on the record regarding his conversation with his former colleague, former Assistant District Attorney Christopher York.

6. The above-referenced exhibits are true and correct copies of what they purport to be.

Dated:  July 24, 2024
           New York, New York

>                               Respectfully submitted,
>
>                               Morris Duffy Alonso Faley & Pitcoff
>
> By:    *s/ Kenneth E. Pitcoff*
>                               KENNETH E. PITCOFF
>                               *Attorneys for Defendants*
>                               DA ROBERT V. TENDY, DA KEVIN WRIGHT, ADA LARRY GLASSER, ADA CHANA KRAUSS, ADA CHRISTOPHER YORK, and DA Inv. RALPH CILENTO
>                               101 Greenwich Street, 22nd Floor
>                               New York, New York 10006
>                               Tel: (212) 766-1888
>                               Fax: (212) 766-3252
>                               Email: kpitcoff@mdafny.com

TO:    **All Counsel of Record via ECF**

**Via U.S. Mail**
Denise Rose
1765 Kingston Street
Titusville, FL 32780