```
 1                GRAND JURY - July 18, 1996        188
 2                      Wilson - Rooney
 3    ------------------------------------------------
 4              (Whereupon the witness was excused and a
 5    recess was taken. Proceedings resumed with the
 6    same appearances.)
 7              (Whereupon the witness, Adam Wilson,
 8    enters the room.)
 9              MR. ROONEY:    The next witness is Adam
10    Wilson. I will ask the Grand Jury Foreperson to
11    swear the witness in, please.
12              THE GRAND JURY FOREPERSON:  Please stand
13    and raise your right hand. Do you swear to tell
14    the truth, the whole truth, nothing but the truth
15    so help you God?
16              THE WITNESS:    Yes, I do.
17    ADAM WILSON, upon being called as a witness and upon
18    being sworn, was examined and testified as follows:
19    EXAMINATION BY MR. ROONEY:
20         Q    Now, Mr. Wilson, you were subpoenaed
21    before-- to testify before this Grand Jury. Do you
22    understand that?
23         A    Yes.
24         Q    Did you also come to Grand Jury today with
25    your attorney?
```

05432

Krivak 040796

```
 1    COUNTY COURT OF THE STATE OF NEW YORK
 2    COUNTY OF PUTNAM
 3    ------------------------------------------------------------
 4    THE PEOPLE OF THE STATE OF NEW YORK
 5         -vs.-
 6    ANTHONY DIPIPPO and
 7         ANDREW KRIVAK,
 8              DEFENDANTS
 9    ------------------------------------------------------------
10                                    Carmel, New York
11                                    December 13, 1996 P.M. Session
12
13
14    BEFORE:             HON. WILLIAM B. BRAATZ
15
16
17
18    Testimony of Senior Investigator Daniel Stephens
19
20
21
22
23                                    Michael McDonough
24                                    Official N.Y.S.
25                                    Court Reporter
```

```
 1    December 13, 1996
 2                              APPEARANCES
 3    KEVIN L. WRIGHT, esquire
 4    District Attorney of Putnam County
 5    Putnam County Office Building
 6    Carmel, New York 10512
 7    by James Rooney, esquire
 8    Assistant District Attorney
 9
10    JOSEPH SPOFFORD, esquire
11    Attorney for Defendant Krivak
12    Fair Street
13    Carmel, New York 10512
14
15    ROBERT LEADER, esquire
16    Attorney for Defendant DiPippo
17    Route 52
18    Carmel, New York 10512
19
20
21
22
23
24
25
```

**06453**

Krivak 041789

```
1   DECEMBER 16, 1996            MOTION TO QUASH                    116
2   MR. LEEDER:          I understand about the psychological record.
3                 Are you also saying that I would need law if I am asking for jail
4        records?
5   THE COURT:  I don't know that you are entitled to any of their records based
6        upon what you have told me so far.
7                 Now, lets see, we have another Application.
8                 We will move on to that.
9                 All right, now, this is an application by the people to Quash a
10       Subpoena served, thought to be served by Mr. Spofford on Denise Rose.
11                Mr. Rooney, this is your application to Quash.
12  DISTRICT ATTORNEY:     Yes, your Honor.
13                Denise Rose, according to the statement that are in evidence
14       alleges to be an eye witness to this crime which is alleged to have occurred
15       on October 3, 1994.
16                Her prior statements in this case, your Honor, have been provided
17       to the defense along with her Grand Jury testimony.
18                Her testimony would be irrelevant to this Hearing.
19                The events of October 3, 1994 are not the subject of this hearing.
20                The subject of this Hearing is the
21       admissibility of a statement made by Andrew Krivak to law enforcement
22       officials.
23                The issue of probable cause under Dunaway has been ruled upon
24       by this court that the statements themselves is what is relevant.
25                On the issue of probable cause the question is, what was in the
```

**06566**

Krivak 041902

```
 1   COUNTY COURT:   PUTNAM COUNTY                            1
     STATE OF NEW YORK
 2   - - - - - - - - - - - - - - - - - - - -X
     THE PEOPLE OF THE STATE OF NEW YORK,
 3                                                  INDICTMENT
                          Plaintiff,
 4                                                  NO. 39/1996
             -against-
 5
     ANDREW KRIVAK,
 6
                          Defendant.
 7
     - - - - - - - - - - - - - - - - - - - -X
 8

 9                               March 25, 1997

10

11

12

13

14
                            JURY TRIAL
15

16

17

18

19

20

21

22

23

24

25
```

**07069**

Krivak 042405

```
 1  March 25, 1997          CHAMBERS                        3
 2  THE COURT CLERK: Juror number 96.  This is in chambers.
 3  THE COURT: Well, a little matter has come up, I think
 4      what we would like to know is, whether you have had
 5      an opportunity or whether you ever discussed this
 6      case with anybody since yesterday, other than the
 7      fact that, perhaps, you are on the jury.
 8          You mention the merit of the case or the quality
 9      or anything like that?
10  PROSPECTIVE JUROR: No.  Actually, my neighbor knew that
11      I was coming here and she called and, I said that I
12      was an alternate and that was it.
13  THE COURT: Well, can you assure us or not that you will
14      keep an open mind throughout the course of the trial?
15  PROSPECTIVE JUROR: Definitely.
16  THE COURT: Mr. Rooney?
17  DISTRICT ATTORNEY: Nothing, Your Honor.
18  THE COURT: Mr. Spofford, do you have anything that you
19      want to ask this lady?
20  DEFENSE ATTORNEY: No, thank you, Your Honor.
21  THE COURT: Alright.  You know this case gets a lot of
22      publicity and, it's very hard not to talk about it
23      and so forth, but, we really want to be sure that you
24      will work on it and that is the only thing.
25          Alright.  Thank you very much.
```

**07070**

Krivak 042406