UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDREW KRIVAK, JR.,

                Plaintiff,

   -against-                                               **NOTICE OF APPEARANCE**

PUTNAM COUNTY; Putnam County Sheriff's Department     23-CV-06960 (KMK)
Sheriff ROBERT THOUBBORON, in his individual capacity;
Putnam County Sheriff's Department Officers HAROLD
TURNER, DANIEL STEPHENS, PATRICK CASTALDO,
WILLIAM QUICK, JOHN DANIEL REES, WILLIAM
ASHER in their individual capacities; Putnam County District
Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in
their individual capacities; Putnam County Assistant District
Attorneys LARRY GLASSER; CHANA KRAUSS; and
CHRISTOPHER YORK, in their individual capacities; District
Attorney Investigator RALPH CILENTO in his individual
capacity; and DENISE ROSE,

                Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that SILVERMAN & ASSOCIATES does hereby enter their appearance on behalf of Defendant Putnam County. Any and all correspondence, documents, notices and filings should be forwarded to SILVERMAN & ASSOCIATES located at 445 Hamilton Avenue, Suite 1102, White Plains, New York 10601.

Dated: White Plains, New York
       April 10, 2024

                                                         Respectfully submitted,

                                                         **SILVERMAN & ASSOCIATES**

                                                         By: _____
                                                         Lewis R. Silverman
                                                        *Attorneys for Putnam County*
                                                        445 Hamilton Avenue, Suite 1102
                                                        White Plains, New York 10601
                                                        (914) 574-4510

TO:    Counsel of Record (Via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDREW KRIVAK, JR.,

                      Plaintiff,

  -against-                                                   NOTICE OF APPEARANCE

PUTNAM COUNTY; Putnam County Sheriff's Department        23-CV-06960 (KMK)
Sheriff ROBERT THOUBBORON, in his individual capacity;
Putnam County Sheriff's Department Officers HAROLD
TURNER, DANIEL STEPHENS, PATRICK CASTALDO,
WILLIAM QUICK, JOHN DANIEL REES, WILLIAM
ASHER in their individual capacities; Putnam County District
Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in
their individual capacities; Putnam County Assistant District
Attorneys LARRY GLASSER; CHANA KRAUSS; and
CHRISTOPHER YORK, in their individual capacities; District
Attorney Investigator RALPH CILENTO in his individual
capacity; and DENISE ROSE,

                      Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Deanna L. Collins, of Silverman & Associates, hereby appears as counsel for Defendant Putnam County and that a copy of all notices, pleadings, and other papers herein are to be served upon the undersigned.

Dated: White Plains, New York
         April 10, 2024

                                          Respectfully submitted,

                                          **SILVERMAN & ASSOCIATES**

                        By:    */s/ Deanna L. Collins*
                               Deanna L. Collins
                               *Attorneys for Putnam County*
                               445 Hamilton Avenue, Suite 1102
                               White Plains, New York 10601
                               (914) 574-4510
                               DCollins@silvermanandassociatesny.com

TO:    Counsel of Record (by ECF)