UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANDREW KRIVAK, JR.,                                    Dkt No.: 7:23-cv-06960 (KMK)

                                  Plaintiff,                    **NOTICE OF APPEARANCE**

          -against-

PUTNAM COUNTY, Putnam County Sheriff's
Department Sheriff ROBERT THOUBBORON, in his
individual capacity; Putnam County Sheriff's Department
Officers HAROLD TURNER, DANIEL STEPHENS,
PATRICK CASTALDO, WILLIAM QUICK, JOHN
DANIEL REES, WILLIAM ASHER, in their individual
capacities; Putnam County District Attorneys ROBERT V.
TENDY and KEVIN WRIGHT, in their individual capacities;
Putnam County Assistant District Attorneys LARRY
GLASSER; CHANA KRAUSS; and CHRISTOPHER
YORK, in their individual capacities; District Attorney
Investigator RALPH CILENTO in his individual capacity;
and DENISE ROSE,

                                  Defendants.
-------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Frank H. Foster of the law firm of Morris Duffy Alonso Faley & Pitcoff, hereby appears as counsel for the defendants, Putnam County District Attorneys ROBERT V. TENDY and KEVIN WRIGHT, in their individual capacities; Putnam County Assistant District Attorneys LARRY GLASSER; CHANA KRAUSS; and CHRISTOPHER YORK, in their individual capacities; and District Attorney Investigator RALPH CILENTO in his individual capacity, and respectfully requests that a copy of all notices and other papers herein be served upon the undersigned.

Dated:  April 30, 2024
          New York, New York

                                                  Yours, etc.,

                                                  MORRIS DUFFY ALONSO FALEY & PITCOFF

                                  By:   *s/ Frank H. Foster*
                                            FRANK H. FOSTER

*Attorneys for Defendants*
DA ROBERT V. TENDY, DA KEVIN WRIGHT, ADA LARRY GLASSER, ADA CHANA KRAUSS, ADA CHRISTOPHER YORK, and DA Inv. RALPH CILENTO
101 Greenwich Street, 22nd Floor
New York, New York 10006
Tel: (212) 766-1888
Fax: (212) 766-3252
Email: ffoster@mdafny.com

TO:   All Counsel of Record via ECF