**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

May 7, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Krivak v. Putnam County, et al.,*
                Docket No.: 23-cv-6960 (KMK)

Dear Judge Karas:

      This firm represents Defendant Putnam County (the "County") in the above-referenced matter. In accordance with the Court's May 2, 2024 directive, (ECF 97), we write in response to Plaintiff's April 29, 2024 letter requesting a pre-motion conference to discuss their anticipated motion to disqualify Portale Randazzo LLP from representing any defendants in this action, (ECF 95). Specifically, the County takes no position with respect to Plaintiff's letter and consents to the continued representation of Portale Randazzo LLP.

      We thank the Court for its attention to this matter.

Respectfully yours,

**SILVERMAN & ASSOCIATES**

By: */s/ Deanna L. Collins*
Deanna L. Collins
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(914) 574-4510
DCollins@silvermanandassociatesny.com

cc:    All counsel of record (by ECF)

        Denis Rose, *pro se*
        1765 Kingson Street
        Titusville, FL 32780



101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

May 21, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **KRIVAK v. PUTNAM COUNTY et al.**
                Docket No.: 7:23-cv-06960 (KMK)
                Our File No.: (WRM) 77438

Dear Your Honor:

      Please be advised that this firm represents defendants, Putnam County District Attorneys Robert V. Tendy and Kevin Wright, Putnam County Assistant District Attorneys Larry Glasser, Chana Krauss, and Christopher York, and District Attorney Investigator Ralph Cilento (hereinafter referred to as the "PCDA Defendants"), in the above-referenced matter. We write to the Court in response to plaintiff's letter motion dated April 29, 2024, and pursuant to the Court's Order dated May 7, 2024, that granted the PCDA Defendants a two-week extension to respond to same.

      With respect to the claimed conflict of Portale Randazzo's continuing representation of the Putnam County Sheriff's Department defendants ("PCSD Defendants"), the PCDA Defendants do not believe that there is any such conflict. Specifically, it is the PCDA Defendants' position that no conflict – actual, implied, or otherwise – exists with Portale Randazzo or any of its attorneys, that would prevent those attorneys from staying on as counsel for the PCSD defendants. In sum, each individual PCDA Defendant does not have any objection to Portale Randazzo's continued representation of the PCSD Defendants.

      In addition, we have also spoken with our clients regarding plaintiff's claim that there is an alleged conflict that prevents our firm from representing all of the individual PCDA Defendants in this matter. However, at this juncture, there is no indication that any of the individual defendants will offer conflicting defenses or testimony, or testimony to support a purported *Monell* claim. Simply put, there does not appear to be any such conflict present at this time. To that end, each

*Page -2-*
*Docket No.: 7:23-cv-06960 (KMK)*
<u>Krivak v. Putnam County et al.</u>

individual PCDA Defendant does not have any objection to our firm representing them all concurrently in this matter.

  Finally, as to the PCDA Defendants' pending motion to dismiss, we respectfully request that the Court permit plaintiff to file a sur-reply to address any purported new arguments that plaintiff believes were raised for the first time in the reply brief, as opposed to the Court declining to consider those arguments altogether.

  We thank the Court in advance for its consideration of this matter.

           Respectfully submitted,

           *s/ Frank H. Foster*
           Frank H. Foster

cc: All Counsel of Record **via ECF**

   **Via U.S. Mail**
   Denise Rose
   *Pro Se*
   1765 Kingston Street
   Titusville, FL 32780