UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
ANTHONY DiPIPPO,

        Plaintiff,

                        Case Number
                        17-cv-7948(NSR)
        v.

COUNTY OF PUTNAM; Putnam County
Sheriff's Department Sheriff ROBERT
THOUBBORON in his individual capacity;
Putnam County Sheriff's Department
Investigators DAN STEPHENS, PATRICK
CASTALDO, BILL QUICK, and Putnam
County Sheriff's Department Officer
VICTOR NESTOR, in their individual
capacities,

        Defendants.
----------------------------------------X
        July 30, 2019
        10:08 a.m.

        Videotaped Deposition of Defendant,

WILLIAM QUICK, taken by Plaintiff, pursuant to

Notice, held at the offices of Neufeld Scheck

& Brustin, LLP, 99 Hudson Street, Eighth

Floor, New York, New York 10013, before

CHARISSE ROMEO, a Registered Professional

Reporter and Notary Public within and for the

State of New York.



A P P E A R A N C E S:


NEUFELD SCHECK & BRUSTIN, LLP

Attorneys for Plaintiff

    99 Hudson Street, Eighth Floor

    New York, New York 10013

BY:   NICK BRUSTIN, ESQ.

    RICK SAWYER, ESQ.

    212-965-9081


PORTALE RANDAZZO LLP

Attorneys for Defendants

    245 Main Street

    White Plains, New York 10601

BY:   JAMES A. RANDAZZO, ESQ.

    DREW SUMNER, ESQ.

    914-359-2400

    jrandazzo@portalerandazzo.com


ALSO PRESENT:

NIKOLAS MANITARAS - Videographer

ANTHONY DiPIPPO

CLAIRE SHIMBERG - Legal Intern

TY PARKS - Paralegal



1               W. Quick
2    case prior to Mr. DiPippo's arrest
3    in July of 1996?
4         A.  I don't know if the
5    assistant district attorney was
6    there.  I know that the district
7    attorney was there prior to Mr.
8    Krivak's arrest.
9         Q.  Same day?
10        A.  Okay.
11        Q.  Do you remember if you met
12   with the district attorney in any
13   regard prior to their arrest?
14        A.  Yes, it was a sit-down with
15   the sheriff, Harold Turner,
16   Castaldo, and myself.
17        Q.  Was Stephens present?
18        A.  I don't know if he was
19   present or not.
20        Q.  Maybe, maybe not?
21        A.  He might have been, he
22   might not have been.  There were
23   other people that were in the
24   conference and then left, in and
25   out.



```
 1                   W. Quick
 2        Q.  All right.  And that was a
 3   long meeting, a couple of hours?
 4        A.  Yeah, I would say it was
 5   probably two hours.
 6        Q.  And in that meeting it was
 7   your understanding that you were
 8   obligated to provide the DA all of
 9   the information that was relevant to
10   whether or not Anthony DiPippo and
11   Andy Krivak should be arrested,
12   correct?
13        A.  That meeting had to do with
14   the district attorney wanting to run
15   the investigation.
16        Q.  All right.
17        A.  And he was told --
18        Q.  He couldn't?
19        A.  -- he couldn't run the
20   investigation.
21        Q.  But you certainly
22   understood it was your obligation
23   every time you met with the DA to
24   provide them with all relevant
25   information that related to guilt or
```

